DANIEL A. BACON 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for MARVIN L. ZIMBELMAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:11 CR 00159 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE, |
| vs. ) | AND ORDER THEREON |
| MARVIN L. ZIMBELMAN, ) | DATE: May 16, 2011<br>TIME: 9:00 AM |
| Defendant. ) | DEPT: Hon. Anthony W. Ashii |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status conference presently scheduled before the Hon Anthony W. Ishii for May 16, 2011 at the hour of 9:00 AM be continued to June 20, 2011 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

Dated: May 11, 2011.      .      BENJAMIN B. WAGNER, United States Attorney

By:  /s/ Jared Renfro
JARED D. RENFRO, Special Assistant U.S. Attorney
Attorney for Plaintiff

Dated: May 11, 2011.

 /s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant ZIMBELMAN

Stipulation to Continue Status Conference and Order Thereon

ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

IT IS SO ORDERED.

Dated:   May 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE